# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. GARZA, et al., | ) Case No.: 1:12cv032 DLB |
| Plaintiffs, | ) ORDER RE: PLAINTIFFS' REQUEST FOR DISMISSAL |
| vs. | ) (Doc. 35) |
| BNSF RAILWAY COMPANY, et al., | ) |
| Defendants. | ) |

On November 26, 2012, Plaintiffs Jose Garza, Eric Finely and Jerry Harris filed a request for dismissal of this case with prejudice pursuant to a settlement. Doc. 35. Federal Rule of Civil Procedure 41(a) permits a plaintiff to dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Although Defendants have filed several motions to dismiss, they have not filed an answer or a motion for summary judgment. Accordingly, Plaintiffs' request is construed as a notice of dismissal and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: __December 3, 2012__          /s/ *Dennis L. Beck*

UNITED STATES MAGISTRATE JUDGE